IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:17CR336 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **AFFIDAVIT** |
| vs. | ) | |
| | ) | |
| KENNETH HECHTMAN, | ) | |
| | ) | |
| Defendant. | ) | |

| | |
|---|---|
| STATE OF NEBRASKA | ) |
| | ) ss: |
| COUNTY OF DOUGLAS | ) |

**COMES NOW** Defendant, Kenneth Hechtman, being first duly sworn upon oath deposes and states as follows:

1. That he is aware that counsel has requested the Court to grant a continuance in the above-captioned matter.

2. That he agrees to said continuance.

3. That he is also aware that such continuance will be excludable time for purposes of computing Speedy Trial Act deadlines.

**FURTHER AFFIANT SAYETH NOT.**

_____
KENNETH HECHTMAN, Defendant

SUBSCRIBED AND SWORN TO before me this 19 day of December, 2017.

GENERAL NOTARY - State of Nebraska
MICHELLE F CANIGLIA
My Comm. Exp. Sept. 1, 2021

_____
NOTARY PUBLIC

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2018 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Kimberly C. Bunjer, Assistant United States Attorney.

s/Glenn A. Shapiro