September 20, 2018

The Honorable Robert F. Rossiter, Jr.
U.S. District Judge
111 South 18th Plaza, Suite 3141
Omaha, NE 68102-3141

Re: Wendy Hechtman

Dear Judge Rossiter,

I am Wendy Hechtman's father, today I find myself writing a letter with the intent of conveying my thoughts and fears on Wendy's future, this is something I never thought I would have to do, however given the circumstances as a father I find it necessary to do so.

First I will say that Wendy's early life was one of being in a continual environment of alcoholism & dysfunction until she was 14.  In her early years she had to deal with the death of her biological mother at age 4, then endure 10 years of very harsh verbal and sometimes physical abuse at the hands of her step mother & I.  In homes where alcoholism is present if there are children present, they suffer immensely.  When Wendy was 14, her step mother and I divorced and I sought out help for my alcoholism, and around 6 months into recovery, she came to live with me.  During this time, I was always there, however in the midst of my early recovery I did not possess the tools necessary to parent correctly, however I did try the best that I could.

After she graduated high school, she worked in the Lincoln, NE area for a year or so, then moved to Canada, married her second husband and they had two children, the oldest a severely autistic son, the younger a very bright – wonderful young woman.  This marriage ended in a divorce and she then re-married again, had two children – two boys that are very young – one age 9, the other age 7.  This family environment was similar to the one she grew up in from age 4-14, drug addiction and alcoholism took its toll.  This marriage ended in divorce again.

The next marriage for Wendy is one that she is currently in, this again a dysfunctional environment riddled with as we now know severe drug addiction that escalated to the realm of drug dealing / manufacturing.  I would call this marriage one that resulted from her fear of the ability to financially manage life on her own after her divorce. The end result is that this relationship put her in a day to day living environment with an individual that has had a past of habitually and continually breaking laws while in the process demonstrating at a high level the inability to live in society as a normal / productive citizen. I will say that when a person is in that type of environment it becomes normal to act in similar manner, which Wendy did.

The year prior to Wendy's arrests in August and October 2017 I became aware of her addiction, tried the best I could to ask her continually to get help, this was an opportunity that unfortunately did not become reality for her.  Both Ken and Wendy were unable to hold meaningful employment since they moved to Omaha from Canada, which now is clear as to why.

The fear I have for Wendy's future is that she doesn't receive the physiological help for her to become functional and at peace. Simply put, the environments she has been in all of her life have not led to what I would call normal thinking, her normal reaction to life is that she is a victim, others are to blame, and even worse the constant thought that for some reason she's doomed to a life of misery and that things will never improve. She is an extremely bright woman, and I pray that someday this will become an asset for her.

Please do understand that I'm not attempting to join the blame or victim role in writing this letter, Wendy chose a path that was not ethical, and in return punishment is warranted.

My fear is that during the incarceration ahead that she doesn't receive the psychological and drug addiction therapy that she so badly needs. Simply put, she does not process things that she encounters as do normal people in society, usually the reaction / path forward is not healthy and leads to further chaos in her life.

I know that you do not control anything that happens once she's in prison, however whatever is available for you to rule upon in terms of requirements in her sentencing that will steer her into the path of recovery and psychological counseling would be greatly appreciated.

I know that recovery from the dire / hopeless situations can be realized, my life is full – I have been in recovery and alcohol free for nearly 29 years, I pray that Wendy along with countless others can realize the same freedom / happiness that I and countless others have achieved.

I thank you for your time in reading this letter.

Lee Heitmann

16411 Grover Street
Omaha, NE  68130
402-871-7542

Dire